| | |
|---|---|
| **From:** | Matt Pearce |
| **To:** | Ho, Katherine (USAFLM) |
| **Cc:** | Amy Tingley |
| **Subject:** | Florida Oncology Network - OIG Subpoena to Revenue Cycle |
| **Date:** | Tuesday, January 27, 2015 4:21:26 PM |
| **Attachments:** | Privilege Log - FON-OIG.pdf |

Kathy,

Attached please find Florida Oncology Network, P.A.'s privilege log related to the OIG's subpoena to Revenue Cycle, Inc. We believe that certain of the documents sought by the OIG's subpoena are protected from disclosure by the attorney-client privilege and/or the work product doctrine, pursuant to a June 2010 retainer agreement between Adorno & Yoss (as consel for FON) and Revenue Cycle, Inc. FON has no objection to Revenue Cycle's production of any non-privileged documents sought by the OIG's subpoena.

Please let me know if you would like to discuss.

Thanks,
Matt