**From:** Ho, Katherine (USAFLM)
**To:** "Matt Pearce"
**Cc:** Morris, Tom (CIV) (A.Thomas.Morris@usdoj.gov); Julie Gray
**Subject:** RE: Florida Oncology Network - OIG Subpoena to Revenue Cycle
**Date:** Thursday, February 05, 2015 3:10:00 PM

Hi Matt. Any update on the log? If you've prepared one (even a partial one), have you produced it? I wasn't sure if you intended to imply that we have received one already. If you have, please direct me to the production letter that accompanied it. Thanks-Kathy

**From:** Matt Pearce [mailto:MPearce@sctlaw.com]
**Sent:** Monday, February 02, 2015 3:22 PM
**To:** Ho, Katherine (USAFLM)
**Subject:** RE: Florida Oncology Network - OIG Subpoena to Revenue Cycle

Kathy,

I know that we prepared one that pertained to several of the productions, but I'm not certain that we prepared one covering all of the productions. We had to change vendors right after we completed our last production, but before the privilege log was completed, and I'm not certain that the new vendor completed the log. My assistant is out this afternoon and I'm having trouble locating some of the file, but I will look into this and get back to you. Thank you.

**From:** Ho, Katherine (USAFLM) [mailto:Katherine.Ho@usdoj.gov]
**Sent:** Monday, February 02, 2015 2:07 PM
**To:** Matt Pearce
**Cc:** Amy Tingley; Julie Gray; Morris, Tom (CIV)
**Subject:** RE: Florida Oncology Network - OIG Subpoena to Revenue Cycle

Hi Matt. I have searched in vain for a privilege log in connection with FON's response to the OIG subpoena. Please let me know in which production you produced it; if you haven't produced one, please do so. Thanks-Kathy

**From:** Matt Pearce [mailto:MPearce@sctlaw.com]
**Sent:** Tuesday, January 27, 2015 4:21 PM
**To:** Ho, Katherine (USAFLM)
**Cc:** Amy Tingley
**Subject:** Florida Oncology Network - OIG Subpoena to Revenue Cycle

Kathy,

Attached please find Florida Oncology Network, P.A.'s privilege log related to the OIG's subpoena to Revenue Cycle, Inc. We believe that certain of the documents sought by the OIG's subpoena are protected from disclosure by the attorney-client privilege and/or the work product doctrine, pursuant to a June 2010 retainer agreement between Adorno & Yoss (as consel for FON) and Revenue Cycle, Inc. FON has no objection to Revenue Cycle's production of any non-privileged documents sought by the OIG's subpoena.

Please let me know if you would like to discuss.

Thanks,
Matt