

**2110  First Street, Suite 3-137**
**Fort Myers, Florida 33901**
**239/461-2200**
**239/461-2219 (Fax)**

**300 N. Hogan Street, Suite 700**
**Jacksonville, Florida 32202**
**904/301-6300**
**904/301-6310 (Fax)**

**35 SE 1st Avenue, Suite 300**
**Ocala, Florida 34471**
**352/547-3600**
**352/547-3623 (Fax)**

**400 West Washington Street, Suite 3100**
**Orlando, Florida 32801**
**407/648-7500**
**407/648-7643 (Fax)**

**U.S. Department of Justice**
*United States Attorney*
*Middle District of Florida*
—————

**Main Office**
**400 North Tampa Street, Suite 3200**
**Tampa, Florida 33602**
**813/274-6000**
**813/274-6358 (Fax)**

---

Reply to:  **Orlando**

February 18, 2015

VIA ELECTRONIC MAIL
Amy S. Tingley
atingley@sctlaw.com

Matthew J. Pearce
mpearce@sctlaw.com

     Re:    *U.S. ex rel. Montejo v. Florida Oncology Network*,
             Case No. 8:13-cv-206-T-23AEP

Dear Counsel:

     I write in response to your February 13, 2015 letter.  You suggest that the United States lacks authority to investigate beyond what you describe as the Court's deadline for completion of the investigation, and that you are entitled to an explanation as to the timing of the government's investigative steps.  You misunderstand the Court's order and the relevant statutory provision of the False Claims Act, 31 U.S.C. § 3730(b)(4), both of which establish a deadline for *intervention* and the *seal*, but not the government's *investigation*.  The United States retains the right to intervene for good cause.  31 U.S.C. § 3730(c)(3).

     I propose to set aside the question of whether FON properly may assert a privilege with respect to the subpoena served on Revenue Cycle.  Regardless of the answer, enforcement of the subpoena needlessly will involve Revenue Cycle, when the primary dispute is between the United States and FON.

     To avoid needlessly involving Revenue Cycle in litigation, I ask again for a privilege log relevant to ***FON's response to the subpoena served on FON***.  The items

Amy S. Tingley
Matthew J. Pearce
February 18, 2015
Page 2

withheld by Revenue Cycle based on FON's claim of privilege come within the scope of the subpoena served on FON.  If you disagree that the same items come within the scope of the subpoena served on FON, please let me know.  If you agree, please provide a privilege log for FON's subpoena response.  I previously requested a log, but your letter fails to address this issue.  As I have explained before, we have searched FON's production for a log and have been unable to find one.

Finally, please provide a privilege log for redacted items provided as part of FON's subpoena response.  I have attached one example (513-1-002893-002894).

Please let me know by February 25, 2015 whether and when you intend to produce a privilege log related to the subpoena served on FON.

If you want to discuss any of the items outlined above, please let me know and we can arrange a mutually convenient time.

Sincerely,

A. LEE BENTLEY, III
United States Attorney

By:   *s/ Katherine M. Ho*
Assistant United States Attorney

cc:   A. Thomas Morris
Julie Gray
Gregg C. Waddill, III

On Jan 9, 2012, at 7:11 PM, Michael Montejo michaelmontejo@gmail.com wrote:

Bob, Your proposed coverage for 1/18 is ok with me. Mike M

On Mon, Jan 9, 2012 at 9:29 AM, Robert Sollaccio, MD rjsollacciomd@gmail.com wrote:

Kelly/Mike:

Gary called me this morning with an emergency request for time off next week-he is going through a divorce and needs to get aware. Julie and Debi are available to assist us. The only scenario I can come up with is as follows:

KL Monday(1/16) Alt A.M./Orange City P.M.; Tuesday(1/17) Orange City A.M./Alt P.M.
MM Wednesday (1/18) South A.M./Deland P.M.

With WPU/WP/Kissimmee needs, it is al ot to ask both of you. Eric and I are split M/T/TH covering WPU, DD is at WPU W/F with you, Kelly, covering him. I could ask Mike S. to cover one 1/2 day, buy it would have to be M or W as he goes to East on T and sees F/Us on W morning. Please let me know if you are willing. It is OK to say no, but wanted to make sure it is OK first.

Bob

Robert J. Sollaccio, M.D.
Florida Hospital Cancer Institute
Radiation Oncology Division
2501 N. Orange Avenue, Suite 181
Orlando, FL 32804
(407) 303-2030-Work
(321) 217-1494-Cell

E-MAIL REMOVED.  PRIVILEGED DOCUMENT.
1-12-2

CONTINUED: E-MAIL REMOVED.  PRIVILEGED DOCUMENT.
1-12-2

513-1-002894