

# STOVASH • CASE • TINGLEY
### Attorneys

ROBERT J. STOVASH
ROBERT L. CASE
AMY S. TINGLEY
J. SCOTT HUDSON
SCOTT A. LIVINGSTON
RACHEL E. SCHERWIN
MICAH M. RIPLEY
M. KATHRYN SMITH
DANA A. SNYDERMAN
PEYTON H. KEATON, IV
CORY B. SUTER
MATTHEW J. PEARCE*
*Licensed in Georgia only
KIRSTEN D. BLUM

OF COUNSEL

EDWARD R. ALEXANDER, JR.

March 5, 2015

*Via First Class U.S. Mail &*
*Electronic Transmission*
Albert Thomas Morris, Esq.
US Department of Justice-Tax Division
Room 9915
601 D St NW
Washington, DC 20001

    Re:    *April 16, 2013, Subpoena Issued by the U.S. Department of Health and Human Services, Office of Inspector General, Office of Investigations, to Florida Oncology Network, P.A.; OIG Control No. 14966*

Dear Tom:

    We wanted to follow up with you after our conference call last Friday, February 27, 2015. Given the amicable relationship that we have all enjoyed, we were disappointed that Kathy failed to inform through her February 6, 2015, or February 18, 2015, correspondence that Judge Merryday had lifted the seal in the pending litigation. It is our hope in reaching out to you that we can cordially resolve the pending issue without further delay.

    We understand that you would like the complete privilege log for Florida Oncology Network ("FON"). Enclosed is a copy of same.[1] We do find it strange that while FON's production commenced on December 20, 2013, and ended on February 6, 2014, the topic of a FON privilege log was first addressed a year later on February 2, 2015, when Kathy informed that she was unable to locate it. Since we became involved, every request made of FON by the Government has been met with FON's full cooperation, be it requests for documents, legal positions, or availability. As a result, it is difficult to understand why there was such a delay in any conversation related to FON's privilege log.

---

[1] Please note that the documents enclosed in Kathy's February 18, 2015, correspondence and identified by Bates Stamp numbers 513-1-002893 and 513-1-002894 were documents that the Relator in the pending litigation withheld from his production to FON based upon privilege. Consequently, they are not listed on FON's privilege log.

Albert Thomas Morris, Esq.
US Department of Justice-Tax Division
March 5, 2015
Page 2 of 2

---

It bears mention that while you have stated that the investigation is ongoing, that fact alone does not entitle the Government to file a motion to compel in the pending litigation. We are all aware that there is no statutory authority for the Government to merely notify a court that it has not made a decision as to intervention, which is likely why Judge Merryday's Order informed that the Government declined to intervene. Because the Government did not intervene, it is not is a party to the pending false claim act proceeding. As a result, this copy of FON's privilege log is being provided to you as a professional courtesy, not because of the threat that the Government will immediately file a motion to compel in the pending litigation.

We appreciate that you allowed us an opportunity to review the filings and reach out to you. We trust that this result meets with your satisfaction and we believe that we have resolved the issue such that there is no need for a telephone conference tomorrow, March 6, 2015. Thank you.

Very truly yours,

Amy S. Tingley

Enclosure

cc:   Katherine Ho, Esquire
      Brian Dickerson, Esquire
      Robert Graziano, Esquire
      Robert Leventhal, Esquire