2110 First Street, Suite 3-137
Fort Myers, Florida 33901
239/461-2200
239/461-2219 (Fax)

35 SE 1st Avenue, Suite 300
Ocala, Florida 34471
352/547-3600
352/547-3623 (Fax)



**U.S. Department of Justice**
*United States Attorney*
*Middle District of Florida*
———————
**Main Office**
**400 North Tampa Street, Suite 3200**
**Tampa, Florida 33602**
813/274-6000
813/274-6358 (Fax)

300 N. Hogan Street, Suite 700
Jacksonville, Florida 32202
904/301-6300
904/301-6310 (Fax)

400 West Washington Street, Suite 3100
Orlando, Florida 32801
407/648-7500
407/648-7643 (Fax)

Reply to:   **Orlando**

March 23, 2015

<u>VIA ELECTRONIC MAIL</u>
Amy S. Tingley
atingley@sctlaw.com

    Re:    *U.S. ex rel. Montejo v. Florida Oncology Network*,
           <u>Case No. 8:13-cv-206-T-23AEP (**Under Partial Seal**)</u>

Dear Ms. Tingley:

    I write in response to your March 17, 2015 letter to Mr. Morris.  Based on your explanation of items 126, 127, 165, 166, 180, 181, 1160, and 1196, we withdraw our request for production of those documents.  With regard to FON's assertion of protection under the attorney-client privilege and/or work production doctrine in relation to items 41 through 48 and 50 through 80, please identify the anticipated litigation that triggers these protections.  The reasons and legal authority that support this request are set forth in my February 6, 2015 letter.

    Absent facts that support applicability of the attorney-client privilege or work product doctrine, it remains the government's intention to file a petition for enforcement of HHS/OIG's subpoena, as noted in my March 6 letter.

Amy S. Tingley
March 23, 2015
Page 2

    I request that we schedule a 3.01(g) teleconference so that we can discuss this issue. Mr. Morris and I are available this Thursday before 10:30 a.m. and after 2:00 and on Friday before 2:00. Please let me know your availability.

                                      Sincerely,

                                      A. LEE BENTLEY, III
                                    United States Attorney

                        By:    *s/ Katherine M. Ho*
                              Assistant United States Attorney

cc:    Brian Dickerson
       Robert Graziano
       Robert Leventhal
       A. Thomas Morris
       Matthew Pearce