| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | DATE/TIME | SUBJECT | AUTHOR NAME | RECIPIENTS | CC | ATTACHMENTS | PRIVILEGE |
| 2 | 9/3/2010 | Concerns | Ron DiGiaimo | Robert Purdon, Robert Sollaccio, Candy Luna | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 3 | 9/3/2010 | RE: Sheila Grant Please comment | Ron DiGiaimo | Robert Sollaccio, Robert Purdon | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 4 | 9/3/2010 | Concerns | Ron DiGiaimo | Robert Purdon, Robert Sollaccio, Candy Luna | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 5 | 9/6/2010 | Re: Chart Audits | Ron DiGiaimo | Robert Purdon | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 6 | 9/7/2010 | RE: Response to emails and revenue cycle | Ron DiGiaimo | Alvaro Alvarez, Ron Krochak , David Diamond, Gary Graham M.D., Robert Sollaccio, Michael Sombeck, Eric Saunders, Candy Luna, Mitzi Wilson, Kelli Weiss, Sally Eggleston , Robert Purdon | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 7 | 9/7/2010 | RE: Response to emails and revenue cycle | Ron DiGiaimo | Alvaro Alvarez, Ron Krochak , David Diamond, Gary Graham M.D., Robert Sollaccio, Michael Sombeck, Eric Saunders, Candy Luna, Mitzi Wilson, Kelli Weiss, Sally Eggleston , Robert Purdon | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 8 | 9/8/2010 | FON Final Consulting Report | Kelli Weiss | Ron DiGiaimo, Gary C. Matzner, Esq. | | Final Report Florida Oncology Network Consulting Report Aug 31-Sept 2 2010.doc | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 9 | 9/8/2010 | FON Report | Kelli Weiss | Ron DiGiaimo, Matt Terry,  Scott Plemmons, Mitzi Wilson, Tamara Syverson, Sally Eggleston, Catherine Aline, Ed Raposa | | Final Report Florida Oncology Network Consulting Report Aug 31-Sept 2 2010.doc, Final Report Florida Oncology Network Consulting Report Aug 31-Sept 2 2010.pdf, Florida Onc.pdf | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 10 | 10/5/2010 | Emailing: Florida Oncology Network 10.01.10 | Matt Terry | Robert Sollaccio, Brenda Large,  Diane Duke, Candy Luna, Kelli Weiss, Ron DiGiaimo | | Florida Oncology Network 10.01.10.doc | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 11 | 10/5/2010 | Florida Oncology Network 10.01.10.doc | Matt Terry | Robert Sollaccio, Brenda Large,  Diane Duke, Candy Luna, Kelli Weiss, Ron DiGiaimo | | Florida Oncology Network 10.01.10.doc | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 12 | 10/7/2010 | 401k | Robert Purdon, MD | David Diamond, Robert Sollaccio, Eric Saunders, Candy Luna, Ron DiGiaimo | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 13 | 10/13/2010 | Re: We need a controller visit | Robert Purdon, MD | Michael Sombeck, Eric Saunders, Robert Sollaccio, David Diamond, Candy Luna, Ron DiGiaimo | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 14 | 10/13/2010 | RE: We need a controller visit | Ron DiGiaimo | Michael Sombeck, Eric Saunders, Robert Sollaccio, David Diamond, Candy Luna, Robert Purdon | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 15 | 10/13/2010 | Supervision FL and Incident to | Ron DiGiaimo | Robert Purdon, Alvaro Alvarez, Ron Krochak, David Diamond, Gary Graham, Robert Sollaccio, Michael Sombeck, Eric Saunders, Sally Eggleston, Kelli Weiss, Mitzi Wilson, Candy Luna | | Supervision Requirements.pdf, CMS PA Billing Guidelines.pdf, Medicare Billing pa Florida.pdf, Physician Incident to Guide Page 49.pdf | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 16 | 10/13/2010 | We need a controller visit | Ron DiGiaimo | Robert Purdon, Michael Sombeck, Eric Saunders, Robert Sollaccio, David Diamond, Candy Luna | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 17 | 10/13/2010 | Supervision FL and Incident to | Ron DiGiaimo | Robert Purdon, Alvaro Alvarez, Ron Krochak, David Diamond, Gary Graham, Robert Sollaccio, Michael Sombeck, Eric Saunders, Sally Eggleston, Kelli Weiss, Mitzi Wilson, Candy Luna | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 18 | 10/13/2010 | Re: Supervision FL and Incident to | Ron Krochak | Alvaro Alvarez, David Diamond, Gary Graham, Robert Sollaccio, Michael Sombeck, Eric Saunders, Sally Eggleston, Kelli Weiss, Mitzi Wilson, Candy Luna, Robert Purdon, Ron DiGiaimo | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 19 | 10/13/2010 | Re: Supervision FL and Incident to | Ron Krochak | Alvaro Alvarez, David Diamond, Gary Graham, Robert Sollaccio, Michael Sombeck, Eric Saunders, Sally Eggleston, Kelli Weiss, Mitzi Wilson, Candy Luna, Robert Purdon, Ron DiGiaimo | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | DATE/TIME | SUBJECT | AUTHOR NAME | RECIPIENTS | CC | ATTACHMENTS | PRIVILEGE |
| 20 | 10/14/2010 | Templates for review | Matt Terry | Alvaro Alvarez, Eric Saunders, David Diamond, Burkhard Weppelmann, Brenda Large, Candy Luna, Kelli Weiss, Diane Duke, Robert Purdon, Michael Sombeck, Jeffrey Brabham, Gary Cherise, Ronald Krochak, Robert Sollaccio, Ron DiGiaimo, Rahul Chopra, Gary Graham | | Ex. FON Physician Clinical Treatment Plan.doc, FON Physician Clinical Treatment Plan.doc, FON Setup Simulation Template.doc, Ex. FON Setup Simulation Template.doc | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 21 | 10/14/2010 <br> RCI report for 10/29/10 | | Matt Terry | Robert Sollaccio, Ron Krochak, Diane Duke, Coy Scobie, Candy Luna, Kelli Weiss, Ron DiGiaimo, David Diamond, Brenda Large, Michael Sombeck, Gary Cherise, Eric Saunders, Jeffrey Brabham Alvaro Alvarez-Farinetti, Robert Purdon, Rahul Chopra, Kelly LaFave, Kelli Weiss, Ron DiGiaimo | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 22 | 10/15/2010 | RCI/FON charge capture process | Matt Terry | Alvaro Alvarez, Eric Saunders, David Diamond, Burkhard Weppelmann, Brenda Large, Candy Luna, Kelli Weiss, Diane Duke, Robert Purdon; Michael Sombeck, Jeffrey Brabham, Gary Cherise, Ronald Krochak, Ron DiGiaimo Rahul Chopra, Gary Graham | | Florida Oncology Network 10.15.10.pdf | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 23 | 10/15/2010 | RE: Coverage | Matt Terry | David Diamond, Brenda Large, Robert Sollaccio, Michael Sombeck, Gary Cherise; Eric Saunders, Jeffrey Brabham, Ronald Krochak, Alvaro Alvarez-Farinetti, Robert Purdon, Rahul Chopra, Kelly LaFave, Diane Duke, Coy Scobie, Candy Luna, Kelli Weiss, Ron DiGiaimo | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 24 | 10/15/2010 | RE: Coverage | Matt Terry | Diane Duke, Coy Scobie, Candy Luna, Kelli Weiss, Ron DiGiaimo, David Diamond, Brenda Large, Robert Sollaccio, Michael Sombeck, Gary Cherise, Eric Saunders, Jeffrey Brabham, Alvaro Alvarez-Farinetti, Robert Purdon, Rahul Chopra, Kelly LaFave, Kelli Weiss, Ron DiGiaimo, Candy Luna, Ron Krochak | | ASTRO white paper Aug 2009.pdf | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 25 | 10/15/2010 | Coverage | Matt Terry | David Diamond, Brenda Large, Robert Sollaccio, Michael Sombeck, Gary Cherise; Eric Saunders, Jeffrey Brabham, Ronald Krochak, Alvaro Alvarez-Farinetti, Robert Purdon, Rahul Chopra, Kelly LaFave, Diane Duke, Coy Scobie, Candy Luna, Kelli Weiss, Ron DiGiaimo | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 26 | 10/15/2010 | RCI/FON charge capture process | Matt Terry | Alvaro Alvarez, Eric Saunders, David Diamond, Burkhard Weppelmann, Brenda Large, Candy Luna, Kelli Weiss, Diane Duke, Robert Purdon; Michael Sombeck, Jeffrey Brabham, Gary Cherise, Ronald Krochak, Ron DiGiaimo Rahul Chopra, Gary Graham | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 27 | 10/15/2010 | Coverage | Matt Terry | Diane Duke, Coy Scobie, Candy Luna, Kelli Weiss, Ron DiGiaimo, David Diamond, Brenda Large, Robert Sollaccio, Michael Sombeck, Gary Cherise, Eric Saunders, Jeffrey Brabham, Alvaro Alvarez-Farinetti, Robert Purdon, Rahul Chopra, Kelly LaFave, Kelli Weiss, Ron DiGiaimo, Candy Luna, Ron Krochak | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 28 | 10/18/2010 | Re: Templates for review | David Diamond, MD | Alvaro Alvarez, Eric Saunders, Burkhard Weppelmann, Brenda Large, Candy Luna, Kelli Weiss, Diane Duke, Robert Purdon, Michael Sombeck, Jeffrey Brabham Gary Cherise, Ronald Krochak, Ron DiGiaimo, Rahul Chopra, Gary Graham, Matt Terry | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 29 | 10/21/2010 | More information for your review | Matt Terry | Ron Krochak, David Diamond, Gary Cherise, Eric Saunders, Jeffrey Brabham, Alvaro Alvarez-Farinetti, Robert Purdon, Rahul Chopra, Kelly LaFave, Ron DiGiaimo, Kelli Weiss, Candy Luna | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 30 | 10/21/2010 | More information for your review | Matt Terry | Ron Krochak, David Diamond, Gary Cherise, Eric Saunders, Jeffrey Brabham, Alvaro Alvarez-Farinetti, Robert Purdon, Rahul Chopra, Kelly LaFave, Ron DiGiaimo, Kelli Weiss, Candy Luna | | IMRT.pdf | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 31 | 10/22/2010 | RE: Prostate Implants | Matt Terry | Jennifer Sawnick, Eric Saunders, Candy Luna, Ron DiGiaimo, Kelli Weiss | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 1 | DATE/TIME | SUBJECT | AUTHOR NAME | RECIPIENTS | CC | ATTACHMENTS | PRIVILEGE |
| 32 | 10/23/2010 | Re: FW: question INTERNAL DISCUSSION | Robert Sollaccio, MD | Ron DiGiaimo, Robert Purdon, Candy Luna, Ed Raposa, Sandi Sollaccio | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 33 | 10/28/2010 | RCI report for 10/29/10 | Matt Terry | Robert Sollaccio, Ron Krochak, Diane Duke, Coy Scobie, Candy Luna, Kelli Weiss, Ron DiGiaimo, David Diamond, Brenda Large, Michael Sombeck, Gary Cherise, Eric Saunders, Jeffrey Brabham Alvaro Alvarez-Farinetti, Robert Purdon, Rahul Chopra, Kelly LaFave, Kelli Weiss, Ron DiGiaimo | | Florida Oncology Network 10.29.10.pdf | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 34 | 10/28/2010 | RE: RCI report for 10/29/10 (53) | Ron DiGiaimo | Ron Krochak, Diane Duke, Coy Scobie, Candy Luna, Kelli Weiss, Ron DiGiaimo, David Diamond, Brenda Large, Michael Sombeck, Gary Cherise, Eric Saunders, Jeffrey Brabham, Alvaro Alvarez-Farinetti, Robert Purdon, Rahul Chopra, Kelly LaFave, Robert Sollaccio, Matt Terry | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 35 | 10/29/2010 | Re: RCI report for 10/29/10 (51) | Robert Sollaccio, MD | Ron Krochak, Diane Duke, Coy Scobie, Candy Luna, Kelli Weiss, Ron DiGiaimo, David Diamond, Brenda Large, Michael Sombeck, Gary Cherise, Eric Saunders, Jeffrey Brabham, Alvaro Alvarez-Farinetti, Robert Purdon, Rahul Chopra, Kelly LaFave, Ron DiGiaimo, Matt Terry | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 36 | 10/29/2010 | Re: RCI report for 10/29/10 (52) | Robert Sollaccio, MD | Ron Krochak, Diane Duke, Coy Scobie, Candy Luna, Kelli Weiss, Ron DiGiaimo, David Diamond, Brenda Large, Michael Sombeck, Gary Cherise, Eric Saunders, Jeffrey Brabham, Alvaro Alvarez-Farinetti, Robert Purdon, Rahul Chopra, Kelly LaFave, Ron DiGiaimo, Matt Terry | | Revenue Cycle Inc.doc | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 37 | 10/29/2010 | Re: RCI report for 10/29/10 | Robert Sollaccio, MD | Ron Krochak, Diane Duke, Coy Scobie, Candy Luna, Kelli Weiss, Ron DiGiaimo, David Diamond, Brenda Large, Michael Sombeck, Gary Cherise, Eric Saunders, Jeffrey Brabham, Alvaro Alvarez-Farinetti, Robert Purdon, Rahul Chopra, Kelly LaFave, Ron DiGiaimo, Matt Terry | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 38 | 10/31/2010 | Re: RCI report for 10/29/10 (50) | Robert Sollaccio, MD | Ron DiGiaimo, Robert Sollaccio, Robert Purdon, Ron Krochak, Gary Graham, Alvaro Alvarez, David Diamond, Michael Sombeck, Eric Saunders, Candy Luna, Kelli Weiss, Matt Terry | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 39 | 10/31/2010 | RCI report for 10/29/10 | Robert Sollaccio, MD | Ron DiGiaimo, Robert Sollaccio, Robert Purdon, Ron Krochak, Gary Graham, Alvaro Alvarez, David Diamond, Michael Sombeck, Eric Saunders, Candy Luna, Kelli Weiss, Matt Terry | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |
| 40 | 10/31/2010 | Re: RCI report for 10/29/10 | Ron DiGiaimo | Ron DiGiaimo, Ron DiGiaimo, Purdon Robert, Ron Krochak, Gary Graham, Alvaro Alvarez, David Diamond, Michael Sombeck, Eric Saunders, Candy Luna, Kelli Weiss, Matt Terry, Robert Sollaccio | | | ATTORNEY-CLIENT; ATTORNEY WORK PRODUCT |