

# STOVASH • CASE • TINGLEY
*Attorneys*

ROBERT J. STOVASH
ROBERT L. CASE
AMY S. TINGLEY
J. SCOTT HUDSON
RACHEL E. SCHERWIN
MICAH M. RIPLEY
M. KATHRYN SMITH
DANA A. SNYDERMAN
PEYTON H. KEATON, IV
CORY B. SUTER
MATTHEW J. PEARCE*
*Also Licensed in Georgia
KIRSTEN D. BLUM

OF COUNSEL

EDWARD R. ALEXANDER, JR.

April 1, 2015

<u>Via First Class U.S. Mail &</u>
<u>Electronic Transmission</u>
Albert Thomas Morris, Esq.
US Department of Justice-Civil Division
Fraud Section
Room 9915
601 D St NW
Washington, DC 20001

Re:   April 16, 2013, Subpoena Issued by the U.S. Department of Health and Human Services, Office of Inspector General, Office of Investigations, to Florida Oncology Network, P.A.; OIG Control No. 14966

Dear Tom:

    This correspondence is in response to the Government's request dated March 23, 2015, for the specifics of the litigation related to items 41 through 48 and 50 through 80 of the privilege log. I apologize for not responding sooner, I was out of town with my family last week.

    Florida Oncology Network, Florida Oncology Management Services, Inc., Heartland Oncology Partners, LLC, HCG, LLC, Lake Cancer Center, Inc., Park Lake Partners, and Central Florida Radiation Therapy Associates of Volusia County were all involved in litigation with their former partner/member/owner, Michael Pirkowski, M.D. The specific case numbers are as follows:

1. Orange County Circuit Court Case Number 2008-CA-004475;
2. Orange County Circuit Court Case Number 2008-CA-017511;
3. Orange County Circuit Court Case Number 2008-CA-025457;
4. Orange County Circuit Court Case Number 2008-CA-029615;
5. Orange County Circuit Court Case Number 2008-CA-026224 (transferred from Volusia County); and
6. Volusia County Circuit Court Case Number 2008 12595 CIDL.

Albert Thomas Morris, Esq.
US Department of Justice-Civil Division
April 1, 2015
Page 2 of 2

---

      Although the Government requested specifics as to anticipated litigation, the above litigation matters were all pending. As you know, many communications with Revenue Cycle were produced as the protections of the attorney/client privilege and work product doctrine were not applicable. If you have any further questions, please do not hesitate to contact me. Thank you.

Very truly yours,

Amy S. Tingley

cc:    Katherine Ho, Esquire
        Brian Dickerson, Esquire
        Robert Graziano, Esquire
        Robert Leventhal, Esquire